EXHIBIT A

SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
|---|---|---|
| 2FeetBino feat Latto | Naked | SR0000937880 |
| Alicia Keys feat Khalid | So Done | SR0000885648 |
| ALTEGO x Britney Spears x Ginuwine | Toxic Pony | SR0000925555 |
| Becky G | Como Diablos | SR0001015630 |
| Becky G | Green Light Go | SR0000844863 |
| Becky G | My Man | SR0000881672 |
| Becky G | Por El Contrario | SR0001015223 |
| Becky G | Querido Abuelo | SR0000984825 |
| Becky G | Secrets | SR0000858714 |
| Becky G | They Ain't Ready | SR0000877139 |
| Becky G & KAROL G | MAMIII | SR0000926919 |
| Beyonce | 16 Carriages | SR0000994633 |
| Beyonce | My House | SR0000992482 |
| Beyonce | Texas Hold'em (Pony Up) Remix | SR0001004596 |
| Beyonce & Travis Scott | DELRESTRO (ECHOES) | SR0000978955 |
| Billy Joel | Turn The Lights Back On | SR0000990000 |
| Bob Dylan | My One and Only Love | SR0000804893 |
| Bob Dylan | Stardust | SR0000804911 |
| Britney Spears | Ooh La La | SR0000726466 |
| Britney Spears feat. G-Eazy | Make Me… | SR0000788692 |
| Doja Cat | Attention | SR0000975331 |
| Doja Cat | Balut | SR0000980341 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
|---|---|---|
| Doja Cat | Celebrity Skin | SR0000926921 |
| Doja Cat | Demons | SR0000980066 |
| Doja Cat | Go To Town | SR0000813252 |
| Doja Cat | MOOO! | SR0000823846 |
| Doja Cat | Need To Know | SR0000905874 |
| Doja Cat | OKLOSER | SR0001003862 |
| Doja Cat | Paint The Town Red | SR0000980021 |
| Doja Cat | Rules | SR0000860543 |
| Doja Cat feat Rico Nasty | Tia Tamera | SR0000839740 |
| Doja Cat feat. Teezo Touchdown | MASC | SR0001003884 |
| Doja Cat feat. The Weeknd | You Right | SR0000907235 |
| Dove Cameron | Boyfriend | SR0000928676 |
| Dove Cameron | Breakfast | SR0000940314 |
| Future | Blow A Bag | SR0000769847 |
| Future | Crushed Up | SR0000835819 |
| Future | Jumpin On A Jet | SR0000835871 |
| Future | Real Sisters | SR0000769855 |
| Future | Sh!t | SR0000762575 |
| Future feat. Drake | Life Is Good | SR0000865316 |
| Future feat. PARTYNEXTDOOR | No Shame | SR0000826018 |
| Future feat. Yung Bans | Bag | SR0000826023 |
| G-Eazy | A Little More | SR0000899082 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
|---|---|---|
| G-Eazy | Anxiety | SR0001009552 |
| G-Eazy | Free Porn Cheap Drugs | SR0000875941 |
| G-Eazy | Love You Forever | SR0001007929 |
| G-Eazy | Nada | SR0001026347 |
| G-Eazy | Nostalgia Cycle | SR0000977353 |
| G-Eazy & Bahari | Vampires | SR0001026353 |
| G-Eazy feat Coi Leray & Kaliii | Femme Fatale | SR0001003896 |
| G-Eazy feat Mulatto | Down | SR0000886182 |
| H.E.R. | Change | SR0000905860 |
| H.E.R. | Christmas Time Is Here (Amazon Original) | SR0000862530 |
| H.E.R. | My Own | SR0000905904 |
| H.E.R. | The Journey | SR0000970855 |
| H.E.R. | We Made It | SR0000905867 |
| Harry Styles | Adore You | SR0000883188 |
| Harry Styles | Lights Up | SR0000861989 |
| Harry Styles | Watermelon Sugar | SR0000861992 |
| Hozier | Francesca | SR0000970361 |
| Hozier | July | SR0001013642 |
| Hozier | Nobody's Soldier | SR0001013683 |
| Hozier | That You Are | SR0001013667 |
| Jasmine Sullivan feat H.E.R. | Girl Like Me | SR0000893327 |
| Justin Timberlake | Drown | SR0001001031 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
|---|---|---|
| Justin Timberlake | Filthy | SR0000809699 |
| Justin Timberlake | Mirrors | SR0000723769 |
| Justin Timberlake | Selfish | SR0000990001 |
| Justin Timberlake | SoulMate | SR0000824456 |
| Justin Timberlake | Suit & Tie | SR0000714855 |
| Justin Timberlake | Supplies | SR0000810094 |
| Justin Timberlake | TKO (radio edit) | SR0000731808 |
| Kane Brown | Ain't No Stopping Us Now | SR0000789959 |
| Kane Brown | Backseat Driver | SR0001021462 |
| Kane Brown | Bury Me In Georgia (Single Edit) | SR0000967114 |
| Kane Brown | Cool Again (Stripped) | SR0000886429 |
| Kane Brown | Found You | SR0000813660 |
| Kane Brown | Good As You | SR0000837770 |
| Kane Brown | Good As You (Live) | SR0000842456 |
| Kane Brown | Heaven | SR0000813638 |
| Kane Brown | Heaven (Acoustic) | SR0000821044 |
| Kane Brown | Homesick | SR0000828827 |
| Kane Brown | Hometown | SR0000799645 |
| Kane Brown | I Can Feel It | SR0000994965 |
| Kane Brown | Learning | SR0000798401 |
| Kane Brown | Lose It | SR0000823984 |
| Kane Brown | Lose It (Acoustic) | SR0000828027 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
| --- | --- | --- |
| Kane Brown | Short Skirt Weather | SR0000837768 |
| Kane Brown | Thunder In The Rain | SR0000789958 |
| Kane Brown | Weekend | SR0000828026 |
| Kane Brown | What's Mine Is Yours | SR0000813656 |
| Kane Brown & Katelyn Brown | Thank God (Live from Fenway) | SR0000980436 |
| Kane Brown feat Becky G | Lost in the Middle of Nowhere | SR0000835524 |
| Kane Brown feat Becky G | Lost in the Middle of Nowhere (Spanish Remix) | SR0000843816 |
| Kane Brown, Swae Lee, Khalid | Be Like That | SR0000881519 |
| Khalid | Adore U | SR0001010711 |
| Khalid | Coaster | SR0000791445 |
| Khalid | Eleven | SR0000865778 |
| Khalid | Ground | SR0001013703 |
| Khalid | Heatstroke | SR0001016251 |
| Khalid | Last Call | SR0000933702 |
| Khalid | My Bad | SR0000849618 |
| Khalid | Please Don't Fall In Love With Me | SR0001003894 |
| Khalid | Reasons | SR0000791482 |
| Khalid | Saved | SR0000791446 |
| Khalid | Self | SR0000849617 |
| Khalid | Shot Down | SR0000791447 |
| Khalid | Talk | SR0000849620 |
| Khalid | Up All Night | SR0000862323 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
|---|---|---|
| Khalid feat Ty Dolla $ign & 6lack | American Teen | SR0000804284 |
| Khalid feat Ty Dolla $ign & 6lack | OTW | SR0000816701 |
| Latto | Big Energy | SR0000940580 |
| Latto | Big Mama | SR0001012077 |
| Latto | Put It On The Floor | SR0000966843 |
| Latto | Soufside | SR0000921921 |
| Latto | Sunday Service | SR0000998275 |
| Latto feat Cardi B | Put It On The Floor (Continued) | SR0000972721 |
| Latto feat. Coco Jones | Ear Candy | SR0001016470 |
| Latto feat. Eric B. & Rakim | Technique (Sprite Limelight) | SR0000980330 |
| Latto feat. Mariah The Scientist | Look What You Did | SR0001016469 |
| Latto x Mariah Carey feat DJ Khaled | Big Energy (Remix) | SR0000933662 |
| Lil Nas X | Holiday | SR0000889737 |
| Lil Nas X | J Christ | SR0000996890 |
| Lil Nas X | LIGHT AGAIN! | SR0001026188 |
| Lil Nas X | MONTERO (Call ME By Your Name) | SR0000899527 |
| Lil Nas X | Old Town Road | SR0000844047 |
| Lil Nas X feat. Jack Harlow | INDUSTRY BABY | SR0000909058 |
| LISA feat. ROSALIA | New Woman | SR0001015219 |
| Luke Combs | Beautiful Crazy | SR0000830381 |
| Luke Combs | Beautiful Crazy (Acoustic) | SR0000842558 |
| Luke Combs | Beer Never Broke My Heart | SR0000846471 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
|---|---|---|
| Luke Combs | Love You Anyway | SR0000960731 |
| Madison Beer | 15 MINUTES | SR0001012525 |
| Madison Beer | Home To Another One | SR0000973872 |
| Madison Beer | Home To Another One (Acoustic) | SR0000974893 |
| Madison Beer | Make You Mine | SR0000996337 |
| Maren Morris & Hozier | The Bones (ft. Hozier) | SR0000861994 |
| Meghan Trainor | Blink | SR0000865991 |
| Meghan Trainor | Can't Dance | SR0000822124 |
| Meghan Trainor | Don't I Make It Look Easy | SR0000947158 |
| Meghan Trainor | Evil Twin | SR0000863400 |
| Meghan Trainor | Genetics | SR0000862645 |
| Meghan Trainor | Let You Be Right | SR0000822143 |
| Meghan Trainor | No | SR0000775410 |
| Meghan Trainor | No Excuses | SR0000815090 |
| Meghan Trainor | To The Moon | SR0001007537 |
| Meghan Trainor | Watch Me Do | SR0000775411 |
| Meghan Trainor & T-Pain | Been Like This | SR0001003711 |
| Meghan Trainor and LunchMoney Lewis | I Love Me | SR0000775414 |
| Meghan Trainor feat. Lennon Stella & Sasha Sloan | Workin' On It | SR0000862651 |
| Meghan Trainor feat. Niecy Nash | I Wanna Thank Me | SR0001007519 |
| Meghan Trainor featuring Yo Gotti | Better | SR0000775415 |
| Miley Cyrus | Malibu | SR0000803179 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
|---|---|---|
| Miley Cyrus | Midnight Sky | SR0000885639 |
| Miley Cyrus | Slide Away | SR0000856064 |
| Miley Cyrus | Used To Be Young | SR0000973017 |
| Miley Cyrus | We Can't Stop | SR0000726503 |
| Miley Cyrus | Wrecking Ball | SR0000735241 |
| Normani & 21 Savage | Motivation (Savage Remix) | SR0000862924 |
| P!nk | TRUSTFALL | SR0000964097 |
| P!nk | Hustle | SR0000848412 |
| P!nk | Walk Me Home | SR0000845122 |
| P!nk + Willow Sage Hart | Cover Me In Sunshine | SR0000898008 |
| P!nk feat. Khalid | Hurts 2B Human | SR0000848414 |
| Pharrell Williams & Miley Cyrus | Doctor (Work It Out) | SR0000999018 |
| ROSALIA | A Pale | SR0000861986 |
| ROSALIA | TUYA | SR0000973025 |
| ROSALÍA | DESPECHÁ | SR0000941464 |
| ROSALÍA | SAOKO | SR0000927300 |
| ROSALIA & Rauw Alejandro | BESO | SR0000967091 |
| ROSALIA & Rauw Alejandro | PROMESA | SR0000967083 |
| ROSALIA feat Ralphie Choo | Omega | SR0001019205 |
| SZA | Saturn | SR0000996316 |
| SZA | Saturn (Live) | SR0000999589 |
| SZA feat. Justin Bieber | Snooze (Acoustic) | SR0000983951 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
| --- | --- | --- |
| Tate McRae | 2 Hands | SR0001026173 |
| Tate McRae | all my friends are fake | SR0000862531 |
| Tate McRae | Darkest Hour | SR0000905875 |
| Tate McRae | don't be sad | SR0000886632 |
| Tate McRae | exes | SR0000987630 |
| Tate McRae | greedy | SR0000981602 |
| Tate McRae | It's Ok I'm Ok | SR0001019008 |
| Tate McRae | Kids Are Alright | SR0000843784 |
| Tate McRae | r u ok | SR0000892868 |
| Tate McRae | rubberband | SR0000897312 |
| Tate McRae | slower | SR0000898022 |
| Tate McRae | stupid | SR0000863152 |
| Tate McRae | uh oh | SR0000948682 |
| Tate McRae X Khalid | working | SR000905873 |
| The Chainsmokers feat. Emily Warren | Side Effects | SR0000826427 |
| The Kid LAROI & Justin Bieber | STAY | SR0000909791 |
| Travis Scot, Bad Bunny & The Weeknd | K-POP | SR0000977463 |
| Travis Scott | Antidote | SR0000770031 |
| Travis Scott | Highest In The Room | SR0000858760 |
| Travis Scott feat. Future, Young Thug & M.I.A. | FRANCHISE | SR0000887278 |
| Tyla | Water | SR0000979749 |
| Tyler, The Creator | Noid | SR0001023374 |

EXHIBIT A
SONY MUSIC ENTERTAINMENT v. SLACKER, INC., et al.

| ARTIST | TITLE | REG. NO. |
|---|---|---|
| Tyler, The Creator | OKRA | SR0000815338 |
| Usher feat. Future | Rivals | SR0000797477 |
| Yung Bleu | Ice On My Baby | SR0000815790 |