UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Sony Music Entertainment,

                      Plaintiff,            Civil Action No. 25-CV-4824 (LAK)

v.

Slacker, Inc., et al.,

                      Defendants.
------------------------------------------------------------x

<u>Consent Scheduling Order</u>

Upon consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after 10/17/25.

2. No amendments to the pleadings will be permitted after 10/17/25.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before 10/31/25.

    (b) rebuttal expert witnesses on or before 11/14/25.

4. All discovery, including any depositions of experts, shall be completed on or before 12/5/25.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before 12/17/25.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:

                                                                                Lewis A. Kaplan
                                                          United States District Judge

2

CONSENTED TO:

| | |
|---|---|
| Date:  July 22, 2025 | SIDLEY AUSTIN LLP |
| | By:  */s/ Tyler J. Domino*<br>     Tyler J. Domino |
| | *Attorney for Plaintiff Sony Music Entertainment* |
| Date:  July 22, 2025 | THE LAW OFFICE OF NATHANIEL H. AKERMAN |
| | By:  */s/ Nathaniel H. Akerman*<br>     Nathaniel H. Akerman |
| | *Attorney for Defendants LiveOne, Inc. and Slacker, Inc.* |