Nathaniel H. Akerman
THE LAW OFFICE OF NATHANIEL H. AKERMAN
45 Rockefeller Plaza
New York, NY 10111
Tel: (917) 848-3793

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x    Case No. 25-cv-04824-LAK

NATHANIEL H. AKERMAN,

                    Petitioner,

- against -

SLACKER, INC and LIVEONE, INC.

                    Respondents.

-------------------------------------------------------------x

*Denied without prejudice to Mr. Akerman's earlier motion. [handwritten]*

*LEWIS A. KAPLAN, USDJ 12/17/25 [handwritten signature and stamp]*

### PETITIONER NATHANIEL H. AKERMAN'S NOTICE OF MOTION FOR A JUDGMENT ON HIS MOTION FOR PAST DUE ATTORNEY'S FEES OWED BY RESPONDENTS LIVEONE, INC AND SLACKER, INC.

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Petitioner

Nathaniel H. Akerman, attached exhibits and Memorandum of Law, moves before this Court

pursuant to Local Rule 6.1(b)(2) for a judgment against Respondents LiveOne, Inc.

("LiveOne") and Slacker, Inc. ("Slacker") for failing to respond to Petitioner's motion, Dkt.#

39, for $49,015 in outstanding legal fees incurred by Petitioner in the defense of the

Respondents in Sony Music Entertainment  v. Slacker, Inc. and LiveOne, Inc.

Dated: December 16, 2025

                    /s/ Nathaniel H. Akerman
                    Nathaniel H. Akerman
                    THE LAW OFFICE OF NATHANIEL H. AKERMAN
                    45 Rockefeller Plaza
                    New York, NY 10111
                    Telephone: (917) 848-3793
                    Email: nick@nickakermanlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-25