UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SONY MUSIC ENTERTAINMENT,

                    Plaintiff,

       -against-

SLACKER, INC., et al.,

                 Defendants.
----------------------------------------------------------X

25 **CIVIL** 4824 (LAK)

**JUDGMENT**
**For Attorney's Fees**

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated January 9, 2026, Mr. Akerman's motion for past due attorney's fees is granted in all respects. He shall have judgment against defendants Slacker, Inc. and LiveOne, Inc., jointly and severally, in the amount of $49,015, plus costs and interest. In accordance with N.Y. CPLR §§ 5001(b) and 5004(a), prejudgment interest shall be computed on the principal sum of $49,015 at the rate of nine percent per annum from October 2, 2025, which is a reasonable intermediate date in the amount of $1,232.76.

**Dated:**  New York, New York
        January 12, 2026

                               **TAMMI M. HELLWIG**
                               _____
                                 **Clerk of Court**

               **BY:**  _____
                       **Deputy Clerk**