UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SONY MUSIC ENTERTAINMENT,

                Plaintiff,

      -against-

SLACKER, INC., et al.,

               Defendants.
------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2026
```

25-cv-4824 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On January 12, 2026, the Court entered judgment in the amount of $50,247.76 against defendants Slacker, Inc. and LiveOne, Inc. for past attorney's fees due to their former counsel, Nathaniel Akerman, Esq. Mr. Akerman now moves for an order directing corporate defendants to turn over to him funds sufficient to pay the judgment.

        In accordance with New York law,[1] Mr. Akerman has provided notice of the motion to corporate defendants and shown that corporate defendants are in possession of sufficient funds to satisfy the judgment.[2] Because corporate defendants' answer does not assert lack of personal jurisdiction, it is undisputed that the Court has personal jurisdiction over corporate defendants.[3] Mr. Akerman's motion (Dkt 59) therefore is granted in all respects.

        **Slacker, Inc. and LiveOne, Inc., jointly and severally, shall pay the aggregate sum of $50,247.76 to Mr. Akerman no later than February 10, 2026. Disobedience of this order may constitute contempt of court and subject the disobedient party or parties to monetary and other penalties.**

        SO ORDERED.

Dated:      February 3, 2026

                                                            Lewis A. Kaplan
                                                           United States District Judge

---

[1] N.Y. CPLR § 5225(a) (McKinney 2025); *Koehler v. Bank of Bermuda Ltd.*, 12 N.Y.3d 533, 540-41, 883 N.Y.S.2d 763, 768 (2009); *see* Fed. R. Civ. P. 69(a)(1).

[2] *See* Mot. Turnover Order (Dkt 59) at 2; Akerman Decl. Supp. Mot. Turnover Order, Ex. B (Dkt 62-2) at 2, 4.

[3] Fed. R. Civ. P. 12(h)(1)(B)(ii); *see* Defs.' Answer Am. Compl. (Dkt 56).