UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SONY MUSIC ENTERTAINMENT,

                                    Plaintiff,

              -against-                                                    25-cv-4824 (LAK)

SLACKER, INC., et al.,

                                    Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-26

## ORDER ON LETTER
## MOTION TO COMPEL

LEWIS A. KAPLAN, *District Judge.*

              Defendants' letter motion to compel further responses to their discovery requests (Dkt 82) is granted to the extent that plaintiff shall produce the documents requested by RFP 38 and respond fully to ROG 20 and denied in all other respects.

              SO ORDERED.

Dated:        June 10, 2026

                                                        _____
                                                        Lewis A. Kaplan
                                                        United States District Judge