UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SONY MUSIC ENTERTAINMENT,

                  Plaintiff,

          -against-

SLACKER, INC., et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2026

25-cv-4824 (LAK)

## ORDER GRANTING LETTER MOTION
## FOR A PROTECTIVE ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's letter motion for a protective order to forbid defendants from taking four late-noticed depositions (Dkt 91) is granted for substantially the reasons stated in plaintiff's letter motion. Defendants waited until *three business days before the close of discovery* to notice these depositions. Not only that, but defendants noticed these depositions in the final days of an already extended discovery period, which was extended by two months in no small part *at defendants' request* so that they could "conduct [the] discovery" that their prior counsel – whom they did not pay – allegedly "failed" to do.[1] On top of that, defendants noticed the *four* depositions to occur over the *weekend.* Defendants' notices are unreasonable, and their actions are inexcusable. Neither reflect good faith.

       SO ORDERED.

Dated:     June 12, 2026

                                  Lewis A. Kaplan
                          United States District Judge

---

[1] Joint Apr. 10, 2026 Letter (Dkt 73) at 1.