UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SONY MUSIC ENTERTAINMENT,

                    Plaintiff,

            -against-                               25-cv-4824 (LAK)

SLACKER, INC., et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DENYING LETTER MOTION TO RECONSIDER OR, ALTERNATIVELY, TO CLARIFY OR MODIFY

LEWIS A. KAPLAN, *District Judge.*

      The Court denies defendants' amended letter motion to reconsider, or, alternatively, to clarify or modify its June 12, 2026 order (Dkt 94). The Court considered all material facts identified by defendants before entering the protective order barring defendants from taking four late-noticed depositions over the weekend before the final day of the already-extended discovery period. Defendants present no facts or arguments that the Court overlooked.

      If, however, as represented by defendants,[1] the parties have conferred and agreed to re-open discovery to schedule the desired depositions on mutually agreeable dates and times, the Court would consider a joint motion or proposed stipulation saying as much.

      The Clerk is directed to terminate Dkts 93 and 94.

      SO ORDERED.

Dated:      June 16, 2026

                                              Lewis A. Kaplan
                                     United States District Judge

---

[1]    Defs.' June 12, 2026 Am. Letter (Dkt 94) at 1 ("Defendants now seek depositions on a mutually agreeable schedule . . . . The parties met and conferred."); *see id.* at 2 ("Defendants seek a short extension so the depositions can proceed on a mutually agreeable schedule.").