UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SONY MUSIC ENTERTAINMENT,

                  Plaintiff,

                -against-                          25-cv-4824 (LAK)

SLACKER, INC., et al.,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING LETTER MOTION TO VACATE
## DEEMED ADMISSIONS AND WAIVER OF OBJECTIONS

LEWIS A. KAPLAN, *District Judge.*

        The Court grants defendant Robert Ellin's letter motion seeking an order vacating any deemed admissions and waiver of objections to requests for production arising from his responses to plaintiff's first set of requests for admissions and first set of requests for production (Dkt 90). As explained in his letter, his responses were served less than twenty-four hours late due to an inadvertent calendaring error.[1] Treating them as timely would promote the presentation of the merits of the action without prejudicing plaintiff.[2]

        The Clerk is directed to terminate Dkt 90.

        SO ORDERED.

Dated:       June 16, 2026

                                               Lewis A. Kaplan
                                    United States District Judge

---

[1]    Ellin's June 11, 2026 Letter (Dkt 90) at 1-2.

[2]    *See* Fed. R. Civ. P. 36(b); *see also* Fed. R. Civ. P. 34(b)(2)(A) (enabling courts to order shorter or longer times to respond); *Cohalan v. Genie Indus., Inc.*, 276 F.R.D. 161, 164 (S.D.N.Y. 2011) (describing conditions under which courts impose waivers for tardiness).