UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SONY MUSIC ENTERTAINMENT,

                                    Plaintiff,

                    -against-                                    25-cv-4824 (LAK)


SLACKER, INC., et al.,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2026

### ORDER DENYING LETTER MOTION TO COMPEL

LEWIS A. KAPLAN, *District Judge.*

The Court denies defendants' letter motion for an order to compel plaintiff to produce a Rule 30(b)(6) witness to testify on all thirty-three topics identified in defendants' notice of deposition (Dkt 98). It does so because such an order would be unnecessary at this time. In plaintiff's most recent communication to defendants (at least that appears on the record), plaintiff agreed to produce a Rule 30(b)(6) witness to sit for the deposition at 10:30 a.m. today.[1] Plaintiff stated that it would "maintain" its objections, but agreed also that it would "not instruct [the witness] not to answer based on the objections."[2] Plaintiff's assurances therefore (at least for now) obviate the need for Court intervention.

The Clerk is directed to terminate Dkt 98.

SO ORDERED.

Dated:        June 18, 2026

                                    _____
                                    Lewis A. Kaplan
                                    United States District Judge

---

[1]     Defs.' June 17, 2026 Letter, Ex. 7 (Dkt 98-7) at 2 ("[Plaintiff] agreed to 10:30 ET tomorrow as part of our voluntary accommodation to take this single deposition out of time, and Defendants noticed the deposition accordingly. Both [plaintiff] and [plaintiff's counsel] are based in New York, so [plaintiff] will not agree to adjust the start time. [Plaintiff] also will not agree to move the deposition to Friday, which is a federal holiday.").

[2]     *Id.*