UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SONY MUSIC ENTERTAINMENT,

       Plaintiff,

    -against-

SLACKER, INC., et al.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/2/2026__

25-cv-4824 (LAK)

## ORDER GRANTING IN PART AND DENYING IN PART LETTER MOTION TO COMPEL

LEWIS A. KAPLAN, *District Judge.*

    Defendants' letter motion to reopen discovery and compel plaintiff to provide additional Rule 30(b)(6) testimony (Dkt 101) is granted to the extent that plaintiff shall prepare a witness to testify under Rule 30(b)(6) regarding its complete (or substantially all of its) course of dealing with Slacker and LiveOne from March 9, 2007, to the present, as described by topics 26 and 27 in defendants' Rule 30(b)(6) deposition notice.[1]  The scope of that additional testimony shall be limited to those topics.  That additional testimony further shall be limited to two hours on one day on a date and at a time and location (including via remote means) mutually agreeable to the parties. The motion is otherwise denied.

    The Clerk is directed to terminate Dkts 101 and 102.

    SO ORDERED.

Dated:    July 2, 2026

               Lewis A. Kaplan
              United States District Judge

---

[1]  Mot., Ex. 1 (Dkt 101-1) at 8.