**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT,<br><br>                              Plaintiff,<br><br>        v.<br><br>SLACKER, INC.; LIVEONE, INC.; ROBERT ELLIN; and DOES 2-10,<br><br>                              Defendants. | Civil Action No. 1:25-cv-04824-LAK |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Robert Ellin's Motion for Summary Judgment, the Local Civil Rule 56.1 Statement of Undisputed Materials, the Declaration of Scott M. Lupiani (with exhibits), and the Declaration of Robert Ellin, Defendant Robert Ellin ("Ellin"), by and through his undersigned attorneys, hereby moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 5.2, 6.1, 7.1, and 56.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an order granting summary judgment in favor of Defendant Ellin and against Plaintiff Sony Music Entertainment ("Sony" or "Plaintiff"), dismissing with prejudice all claims asserted against Ellin individually in the First Amended Complaint, including:

(1) Direct copyright infringement (Third Cause of Action, to the extent asserted against Ellin);

(2) Contributory copyright infringement (Fourth Cause of Action); and

(3) Vicarious copyright infringement (Fifth Cause of Action).

Defendant Ellin respectfully requests that the Court enter judgment dismissing all claims against him with prejudice and grant such other and further relief as the Court deems just and proper.

Dated: July 15, 2026
　　　　New York, New York

Respectfully submitted,

**PIERSON FERDINAND LLP**

_____s/*Scott M. Lupiani*___ _____
Scott M. Lupiani, Esq.
Daniel M. Braude, Esq.
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
Tel: (716) 469-2374
scott.lupiani@pierferd.com
dan.braude@pierferd.com

*Counsel for Defendant Robert Ellin*