**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT,<br><br>        Plaintiff,<br><br>        v.<br><br>SLACKER, INC; LIVEONE, INC; ROBERT ELLIN; and DOES 2-10,<br><br>        Defendants. | No. 1:25-cv-04824-LAK<br><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR RESPONDING TO MOTIONS FOR SUMMARY JUDGMENT** |

**WHEREAS**, on July 15, 2026, Plaintiff Sony Music Entertainment ("Sony"), Defendant LiveOne, Inc. ("LiveOne"), and Defendant Robert Ellin ("Ellin") each moved for summary judgment in this matter (Dkts. 109, 122, 129);

**WHEREAS**, on August 5, 2026, LiveOne filed a Notice of Withdrawal without prejudice of its motion for summary judgment (Dkt. 141);

**WHEREAS**, pursuant to the Stipulation and Order Extending Briefing Schedule for Responding to Motions for Summary Judgment (Dkt. 140), the deadline to file opposing or response papers to the summary judgment motions filed by Sony and Ellin (the "Motions") is currently August 7, 2026;

**WHEREAS**, pursuant to the same Stipulation and Order (Dkt. 140), the deadline to file any reply papers to the Motions is currently August 28, 2026;

**WHEREAS**, counsel for Defendants has requested that Sony stipulate to a second short extension of the briefing schedule for the Motions, and counsel have met and conferred regarding such request;

**WHEREAS**, without prejudice to any evidence that Defendants may seek to admit at trial (if any) in this matter, without waiving any rights Defendants may have under Federal Rule of Civil Procedure 37, and without waiving any rights to appeal prior or future rulings of this Court, Defendants agree that they shall not invoke Federal Rule of Civil Procedure 56(d) or otherwise argue that any further discovery is necessary to oppose Sony's Motion, or that consideration or resolution of Sony's Motion should be deferred or would otherwise be impacted by any further discovery that Defendants may seek;

1

**NOW, THEREFORE**, Plaintiff and Defendants, through counsel and subject to the Court's approval, stipulate and agree to the following:

1) The deadline for filing opposing or response papers to the Motions shall be extended to August 14, 2026;

2) The deadline for filing any reply papers in support of the Motions shall be September 4, 2026.

SO STIPULATED AND AGREED.

Dated: August 7, 2026

_____

Scott M. Lupiani, Esq.
Daniel M. Braud, Esq.
PIERSON FERDINAND LLP
1270 Avenue of the Americas
7th Floor – 1050
New York, New York 10020
Tel.: (216) 350-3177
scott.lupiani@pierferd.com
dan.braude@pierferd.com

*Counsel for Slacker, Inc., LiveOne Inc.,*
*and Robert Ellin*

Respectfully submitted

*/s/ Rollin A. Ransom*
_____
Rollin A. Ransom
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 896-6000
Fax: (213) 896-6600
rransom@sidley.com

Tyler J. Domino
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5300
Fax: (212) 839-5599
tdomino@sidley.com

*Counsel for Sony Music Entertainment*

SO ORDERED.

Dated:
New York, New York

_____
HONORABLE LEWIS A. KAPLAN
United States District Court Judge