**PIERSON FERDINAND**

**SCOTT LUPIANI**
**PARTNER [PT]**

Office
1270 Avenue of the Americas, 7th FL -1050
New York, NY 10020

Direct: 1-716-818-7328
Email: scott.lupiani@pierferd.com

August 12, 2026

***By ECF***

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** ***Sony Music Entertainment v. Slacker, Inc. et al.***, **Civil Action No. 1:25-cv-04824-LAK — Letter Regarding Amended Filings**

Dear Judge Kaplan:

We write on behalf of all parties to respectfully advise the Court that, upon consent of all parties, Defendant Ellin simultaneous with the filing of this letter to the Court, filed an Amended Notice of Motion regarding Defendant Ellin's Motion for Summary Judgment, amending Docket No. 129 and its attachment, Defendant Ellin's Local Rule 56.1 Statement of Undisputed Material Facts (Docket No. 129), and Defendant Ellin's Declaration in Support of his Motion for Summary Judgement (Docket No. 132).

This filing is made upon consent of counsel for all parties.

This filing does not seek to alter the Court's most recent Stipulation and Order Extending Briefing Schedule for Responding to Motions for Summary Judgment (Docket No. 145). Accordingly, responses to all parties' motions for summary judgment remain due on Friday, August 15, 2026.

We thank the Court for its attention to this matter.

Very truly yours,

**PIERSON FERDINAND**

Scott M. Lupiani, Esq.

cc: Opposing Counsel via CM/ECF and Email