**P****F**  PIERSON FERDINAND

**MEMORANDUM ENDORSED**

SCOTT LUPIANI
PARTNER [PT]

August 12, 2026



Office
1270 Avenue of the Americas, 7th FL -1050
New York, NY 10020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2026

Direct: 1-716-818-7328
Email: scott.lupiani@pierferd.com

*By ECF*

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Sony Music Entertainment v. Slacker, Inc. et al.*, Civil Action No. 1:25-cv-
04824-LAK — Letter Regarding Amended Filings

Dear Judge Kaplan:

We write on behalf of all parties to respectfully advise the Court that, upon consent of all parties, Defendant Ellin simultaneous with the filing of this letter to the Court, filed an Amended Notice of Motion regarding Defendant Ellin's Motion for Summary Judgment, amending Docket No. 129 and its attachment, Defendant Ellin's Local Rule 56.1 Statement of Undisputed Material Facts (Docket No. 129), and Defendant Ellin's Declaration in Support of his Motion for Summary Judgement (Docket No. 132).

This filing is made upon consent of counsel for all parties.

This filing does not seek to alter the Court's most recent Stipulation and Order Extending Briefing Schedule for Responding to Motions for Summary Judgment (Docket No. 145). Accordingly, responses to all parties' motions for summary judgment remain due on Friday, August 15, 2026.

We thank the Court for its attention to this matter.

**The Clerk is directed to terminate Dkts 129, 148, and 150.**

SO ORDERED

_____
Lewis A. Kaplan, USDJ

Dated:        August 14, 2026

Very truly yours,

**P**<sub></sub>**F**  PIERSON FERDINAND

_____
Scott M. Lupiani, Esq.

ARIZONA  CALIFORNIA  COLORADO  DELAWARE  DISTRICT OF COLUMBIA  FLORIDA  GEORGIA  ILLINOIS  MASSACHUSETTS  MICHIGAN
NEW JERSEY  NEW YORK  NORTH CAROLINA  OHIO  PENNSYLVANIA  TEXAS  UNITED KINGDOM  VIRGINIA  WASHINGTON