PF PIERSON FERDINAND

SCOTT M. LUPIANI
PARTNER

IRENE ORIA
PARTNER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/28/2026

*August 26, 2026*

**MEMORANDUM ENDORSED**

Mail & Office
1270 Avenue of the Americas, 7th FL -1050
New York, NY 10020

Direct: 716.469.2374
786.873.4603
Email: scott.lupiani@pierferd.com

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Sony Music Entertainment v. Slacker, Inc. et al.*, Case No. 1:25-cv-04824-LAK

Dear Judge Kaplan:

We write in response to an email dated August 25, 2026 from Sony Music Entertainment's counsel requesting that Defendants Slacker, Inc., LiveOne, Inc. and Robert Ellin (collectively, "Defendants") take corrective action regarding exhibits to Declarations of Scott M. Lupiani and Robert Ellin that were publicly filed and marked confidential under the Stipulated Confidentiality Agreement and Protective Order (ECF No. 86) (the "Protective Order").

Specifically, Sony's counsel identified that Defendants publicly filed one document—a copy of the draft 17th Amendment Agreement that was included in email exchanges (Exhibit S to Lupiani Decl.) (ECF No. 157-29)—that Sony had designated as confidential. Sony's counsel also requested that Defendants review their other summary judgment opposition filings filed on August 14, 2026 to ensure that no other documents were filed publicly that were designated as confidential by Sony or that the Court has previously ordered remain under seal.

Sony's counsel requested that Defendants (1) cause the Court to remove confidential documents from the public docket, and (2) replace them with redacted and sealed versions.

Defendants acknowledge that certain documents in Defendants' summary judgment filings at issue bear Sony's confidential designation. In the course of Defendants' summary judgment briefing, Defendants filed **1,669 pages** of exhibits and briefing, including redactions within documents totaling **889 pages** (*see* ECF No. 156), but they inadvertently failed to identify all documents requiring confidential treatment and file appropriately redacted versions of those documents. This procedural oversight occurred in the context of significant summary judgment briefing. It was not done in bad faith or with any intent to publicly disclose Sony's confidential information.

Immediately upon receipt of Sony's email, Defendants began taking steps to remedy the procedural oversight. Defendants are prepared to work cooperatively with Sony to address its confidentiality concerns.

Accordingly, Defendants have attached hereto redacted versions of the filings listed below which contain, in whole or in part, certain documents designated by Sony as confidential pursuant to the Stipulated Protective Order.

**Requested Relief**

Defendants respectfully request that the Court accept the redacted versions of these filings attached hereto and temporarily seal the following documents pending Sony's expected motion to seal certain documents in whole or in part:

- ECF No. 157 (Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment)
- ECF No. 157-1 (Declaration of Robert Ellin in Opposition to Plaintiff's Motion for Summary Judgment)
- ECF No. 157-2 (Exhibit A (Part One) to Declaration of Robert Ellin)
- ECF No. 157-3 (Exhibit A (Part Two) to Declaration of Robert Ellin)
- ECF No. 157-4 (Exhibit B to Declaration of Robert Ellin)
- ECF No. 157-5 (Exhibit C to Declaration of Robert Ellin)
- ECF No. 157-6 (Exhibit D to Declaration of Robert Ellin)
- ECF No. 157-9 (Exhibit G to Declaration of Robert Ellin)
- ECF No. 157-10 (Declaration of Scott M. Lupiani in Opposition to Plaintiff's Motion for Summary Judgment)
- ECF No. 157-13 (Composite Exhibit C to Declaration of Scott M. Lupiani)
- ECF No. 157-14 (Exhibit D to Declaration of Scott M. Lupiani)
- ECF No. 157-15 (Exhibit E to Declaration of Scott M. Lupiani)
- ECF No. 157-16 (Exhibit F to Declaration of Scott M. Lupiani)
- ECF No. 157-27 (Exhibit Q to Declaration of Scott M. Lupiani)
- ECF No. 157-28 (Exhibit R to Declaration of Scott M. Lupiani)
- ECF No. 157-29 (Exhibit S to Declaration of Scott M. Lupiani)
- ECF No. 157-30 (Exhibit T to Declaration of Scott M. Lupiani)
- ECF No. 157-31 (Exhibit U to Declaration of Scott M. Lupiani)
- ECF No. 157-32 (Exhibit V (Part One) to Declaration of Scott M. Lupiani)
- ECF No. 157-33 (Exhibit V (Part Two) to Declaration of Scott M. Lupiani)
- ECF No. 157-34 (Exhibit W to Declaration of Scott M. Lupiani)
- ECF No. 157-38 (Exhibit Z to Declaration of Scott M. Lupiani)
- ECF No. 157-39 (Defendants' Response to Plaintiff's Local Civil Rule 56.1 Statement of Undisputed Material Facts)

Respectfully submitted,

*/s/ Irene Oria*
Scott M. Lupiani, Esq.
Irene Oria, Esq.

cc: Counsel of record (via ECF)

**Granted. The Court already has directed the Clerk of the Court to seal Dkt 157 and defendants to file redacted versions of the necessary documents. No further action is needed now that defendants have done so.**

SO ORDERED

/s/ Lewis A. Kaplan
Lewis A. Kaplan, USDJ

Dated: August 28, 2026