USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ x
SONY MUSIC ENTERTAINMENT,

Plaintiff,

-against-

25-cv-4824 (LAK)

SLACKER, INC., et al.,

Defendants.
------------------------------------------ x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Joint Pretrial Order proposed by the parties (Dkt 127) is adopted by the Court.

SO ORDERED.

Dated: October 19, 2026

Lewis A. Kaplan
United States District Judge